UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENVIRONMENTAL DEFENSE FUND, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GINA McCARTHY, Administrator, United ) <br> States Environmental Protection Agency, in ) <br> her official capacity, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) | No. 11 Civ. 04492 (KBF) <br> ECF CASE <br><br> USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #:_____ <br> DATE FILED: JUN 0 2 2014 |

NOTICE OF STIPULATION

Paragraph 5 of the Consent Decree entered into by the parties provides that the deadlines established by the Consent Decree may be modified by "written stipulation of Plaintiff and EPA with notice to the Court." Consent Decree, ¶ 5 (Dkt. No. 27).

Pursuant to Paragraph 5, defendant Gina McCarthy, Administrator of the United States Environmental Protection Agency ("EPA"), hereby provides notice of modification of deadlines in the Consent Decree, by attaching the written stipulation of Plaintiff and EPA hereto, as Exhibit A.

So ordered.
6/2/14   K. B. F.
           USDJ

Dated: New York, New York
May 29, 2014

                              Respectfully submitted,

                              PREET BHARARA
United States Attorney for the
Southern District of New York
*Attorney for Defendant EPA*

By:     /s/ *Louis A. Pellegrino*
        LOUIS A. PELLEGRINO
        Assistant United States Attorney
        86 Chambers Street, Third Floor
        New York, New York 10007
        Telephone: (212) 637-2689